JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MESROBIAN SZVAK,

              Petitioner,

     v.

WARDEN, APC DVA COMPLEX, et al.,

              Respondents.

Case No. 5:25-cv-02629-MAA

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus filed May 27, 2026 (ECF No. 35) and the Notice of Compliance filed May 29, 2026 (ECF No. 36),

IT IS ORDERED AND ADJUDGED that the Petition is GRANTED.

DATED: June 1, 2026

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE